DANIEL G. BOGDEN
United States Attorney
District of Nevada

LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: lindsy.roberts@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER JANANGELO, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TREASURY INSPECTOR GENERAL FOR TAX ) <br> ADMINISTRATION, an agency of the United ) <br> States, ) <br> ) <br> Defendant. ) | Case No. 2:16-cv-00906-JCM-GWF |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Stephanie Sasarak to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Ms. Sasarak is an attorney with the United States Department of Justice, Tax Division, an agency of the federal government, and is a member in good standing of the state bar of Maryland (bar numbers are not issued).

The following contact information is provided to the Court:

Stephanie Sasarak
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Phone: 202-307-2089
Fax: 202-514-6866
Stephanie.A.Sasarak@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Stephanie Sasarak to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 3rd day of May 2016.

DANIEL G. BOGDEN
United States Attorney

*/s/ Lindsy M. Roberts*
LINDSY M. ROBERTS
Assistant United States Attorney

IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: May 4, 2016

## PROOF OF SERVICE

I, Lindsy M. Roberts, certify the following individuals were served with a copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on the date and via the method of service identified below:

**Electronic Case Filing**:

James P. Kemp
Kemp & Kemp
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
jp@kemp-attorneys.com

*Attorney for Plaintiff.*

Dated this 3rd day of May 2016.

　　　　　　　　　　　　　　　　　　*/s/ Lindsy M. Roberts*
　　　　　　　　　　　　　　　　　　LINDSY M. ROBERTS
　　　　　　　　　　　　　　　　　　Assistant United States Attorney