# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PETER JANANGELO,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　　) 　Case No. 2:16-cv-00906-JCM-GWF
　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　) 　**ORDER**
　　　　　　　　　　　　　　　　　　　　)
TREASURY INSPECTOR GENERAL FOR TAX　)
ADMINISTRATION,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　　)
_____)

　　　　This matter is before the Court on the parties' joint case management report (ECF No. 10), filed on July 11, 2016. Based upon the parties' agreement to forego discovery in this matter, the Court adopts the parties' stipulated dispositive motion briefing schedule. Accordingly,

　　　　**IT IS HEREBY ORDERED** that the following briefing schedule shall apply:

　　　　1.　Defendant will file a motion for summary judgment by **September 15, 2016.**

　　　　2.　Plaintiff will file an opposition to Defendant's motion for summary judgment, as well as any cross-motion for summary judgment by **October 24, 2016.**

　　　　3.　Defendant will reply in support of its motion for summary judgment, as well as any opposition to Plaintiff's cross-motion for summary judgment by **November 7, 2016**.

　　　　4.　Plaintiff will file a reply in support of its motion for summary judgment by **November 21, 2016.**

　　　　DATED this 21st day of July, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge